**Order entered December 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01332-CV

### SAUL QUINTANILLA, Appellant

### V.

### GRUMA CORP., CINDY MOEN, AND TELEPARTNER GLOBAL, LLC, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12746**

## ORDER

Before the Court is appellant's December 7, 2016 unopposed motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by December 14, 2016.

/s/     ELIZABETH LANG-MIERS
        JUSTICE